

299 Jericho Turnpike
Floral Park, NY 11001
T (718) 380-1200
F (718) 380-1400

September 26, 2024

**VIA EMAIL and NYSCEF**
**CronanNYSDChambers@nysd.uscourts.gov**

Hon. John P. Cronan
United States District Judge United States District Court
for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 12D
New York, New York 10007

      RE: Lisandro Rubio De Los Santos vs. Ronald Jones, Jr. and Smith Transport, Inc.
      Case No.: 1-24-cv-01354-JPC

Dear Honorable Judge Cronan:

This office represents the above-named plaintiff in this personal injury motor vehicle action. At this time, the Court has set this matter down for a premotion status conference on October 1, 2024 at 2:45 PM.

The parties have recently been involved in extensive and ongoing settlement negotiations and plaintiff is in the process of responding to defendants outstanding requests for discovery.

In view of the above, it is respectfully requested that the conference be adjourned for two (2) weeks to on or about October 15 or 16, 2024 or such other date that is convenient to the Court.

This will allow the parties time to potentially settle the matter and/or narrow or remove the discovery issues.

Defense Counsel has consented to this adjournment.

Thank you for your kind consideration and attention.

      Very truly yours,

      /s/ David S. Dender
      David S. Dender

Via ECF and email

The request is granted. The conference originally scheduled for October 1, 2024, is adjourned until October 15, 2024, at 2:00 p.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED
September 26, 2024
New York, New York

      _____
      JOHN P. CRONAN
      United States District Judge